```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :   GOVERNMENT'S
            -v-                     :   FORFEITURE BILL
                                    :   OF PARTICULARS
TAHIR ALI KHAN,                     :
     a/k/a "Waheed Khan,"           :   S1 07 Cr. 711
     a/k/a "Ali,"                   :
     a/k/a "Haji,"                  :
     a/k/a "Shan,"                  :
FAYYAZ AHMED,                       :
ARIE BENSHIMON,                     :
     a/k/a "the Jew,"               :
     a/k/a "Jewish Guy,"            :
NAVEED ALI BHINDAR,                 :
     a/k/a "Sheikh,"                :
SYED HASSAN,                        :
MUHAMMAD ISHAQ,                     :
     a/k/a "Saqa,"                  :
BASHARAT JARRAL,                    :
     a/k/a "Alex,"                  :
NADEEM KHAN,                        :
GHULAM MEHMOOD,                     :
     a/k/a "Mama,"                  :
     a/k/a "Zafar,"                 :
SHAHEEN MUKHTAR,                    :
     a/k/a "Nick,"                  :
QAISER QURESHI,                     :
     a/k/a "Auntie,"                :
FRANKLIN RODRIGUEZ,                 :
     a/k/a "Spanish Guy,"           :
     a/k/a "Chancey,"               :
OSCAR SANCHEZ,                      :
     a/k/a "Charsi,"                :
     a/k/a "Bank of America,"       :
SYED SHAH,                          :
     a/k/a "Faisal,"                :
     a/k/a "Chotu,"                 :
     a/k/a "Joji,"                  :
PRADIPT SHARMA,                     :
     a/k/a "the CitiBank guy,"      :
                                    :
                    Defendants.     :
                                    :
- - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in the Indictment as alleged in the Forfeiture Allegations, includes the following:

1. all right, title and interest in the real property and appurtenances located at ███████████, Hoover, Alabama 35244-3294, in the City of Hoover, County of Shelby, State of Alabama, as per map recorded in Book 12, Page 98 of Maps, in the office of the County Recorder if said County;

2. all right, title and interest in the real property and appurtenances located at ███████████, Carteret, New Jersey 07008, in the City of Carteret, County of Middlesex, State of New Jersey, as per map recorded in the Deed Book 5798, Page(s) 0204 through 0209 of Maps, in the office of the County Recorder if said County;

The Government further gives notice that, as an independent and separate basis, these above-described properties are forfeitable as substitute assets, pursuant to Title 21, United States Code, Section 853(p), as specified in the Indictment.

Dated:    New York, New York
          August 9, 2007

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                        By:   _____
                              LISA ZORNBERG
                              Assistant United States Attorney
                              Telephone: (212) 637-2720

**AFFIRMATION OF SERVICE**

KARYN LEON, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

That I am employed at the Office of the United States Attorney for the Southern District of New York. That upon the electronic filing of the following document, on August 24, 2007, I caused one copy of the attached Government's Forfeiture Bill of Particulars to be delivered by mail and ECF to:

Steve Frankel, Esq.
319 Broadway, 5th Floor
New York, NY 10007
Counsel for Arie Benshimon

Ellyn Bank, Esq.
30 Vessey Street
Suite 100
New York, NY 10007
Counsel for Naveed Ali Bhindar

Raphael Scotto, Esq.
17 battery Place, Ste. 1226
New York, NY 10004
Counsel for Syed hassan

Darmin Bachu, Esq.
127-21 Liberty Avenue
Richmond Hill, NY 11419
Counsel for Mohammed Ishaq

Daniel Nobel, Esq.
401 Broadway, 25th Floor
New York, NY 10013
Counsel for Basharat Jarral

Lisa Pelosi, Esq.
67 Wall St., Ste. 2411
New York, NY 10005
Counsel for Nadeem Khan

Peter Tsapatsaris, Esq.
52 Duane Street, 10th Fl.
New York, NY 10007
Counsel for Tahir Ali Khan

Donald DuBoulay, Esq.
401 Broadway, 25th Fl.
New York, NY 10013
Counsel for Ghulam Mehmood

Rocco Cippiarone, Esq.
203-205 Blackhorse Pike
Haddon Heights, NJ 08035
Counsel for Shaheen Mukhtar

Lou Fasulo, Esq.
Fasulo, Shalley & DiMaggio
225 Broadway, Ste. 715
New York, NY 10007
Counsel for Qaiser Quereshi

Sammy Sanchez, Esq.
30 Vessey St.
New York, NY 10007
Counsel for Franklin Rodriguez

Thomas Dunn, Esq.
7 Dey Street, Ste. 1101
New York, NY 10007
Counsel for Oscar Sanchez

Daniel Gotlin, Esq.
100 Lafayette St. Ste. 404
New York, NY 10013
Counsel for Afzal Shaikh

Erika Edwards, Esq.
Donaldson, Chilliest &
McDaniel, LLP
103 East 125th Street, Ste. 1102
New York, NY 10035
Counsel for Pradipt Sharma

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         August 24, 2007

KARYN LEON-MATOVICK